**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**                    :        **UNITED STATES BANKRUPTCY COURT**
                                          :         **DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg, TRUSTEE**    :         In Bankruptcy B-
**Chapter 13 Bankruptcy**                :
                                          :        **STATEMENT OF UNDISTRIBUTED**
                                          :              **BALANCE**
**Bankruptcy**                            :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 07-20010 | DHS | Gregory & Charlene Avery | 0001 | Barclays Capital Real Estate | $7,118.23 | Not Cashing |

**August 19, 2009**
**To be Deposited into Can X600**         /s/Marie-Ann Greenberg
                                            **MARIE-ANN GREENBERG**
                                            **STANDING TRUSTEE**